In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, *v.* SUNSTONE REALTY CORPORATION et al., Respondents.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.